## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHELTER MUTUAL INSURANCE
COMPANY**,

**Plaintiff,**

**v.**

**KEN CHITTY, BARBARA McGEE,
GERALD SCHUETZENHOFER, and
PATRICIA SCHUETZENHOFER,**

**Defendants.**                                      **No. 07-0363-DRH**

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On May 21, 2008, Defendants filed a Suggestion of Death of Defendant, Kenneth Chitty (Doc. 23). The Federal Rules of Civil Procedure provide that a motion for substitution of party must be made within 90 days of suggestions of death on the record. ***See* Fed.R.Civ.P. 25(a)**. The Court **INFORMS** Plaintiff that it has up to and including to August 19, 2008 to file a motion for substitution of Defendant Chitty. If Plaintiff fails to file a motion for substitution on or before August 19, 2008, Defendant Chitty will be dismissed from this action.

**IT IS SO ORDERED.**

Signed this 23rd day of May, 2008.

/s/     *David R Herndon*

**Chief Judge
United States District Court**