IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| SHELTER MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 07-363-DRH-PMF |
| KEN CHITTY, BARBARA MCGEE, GERALD SCHUETZENHOFER, and PATRICIA SCHUETZENHOFER, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

On Motion of Defendants Gerald and Patricia Schuetzenhofer for an extension of time to file a Response to Plaintiff's Motion for Summary Judgment.

IT IS HEREBY ORDERED that defendants time for filing their Response to Plaintiff's Motion for Summary Judgment is extended for seven (7) days from the date of this order.

DATE: June 20, 2008          /s/   *David R Herndon*

Chief Judge
United States District Court