# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHELTER MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) CIVIL NO. 07-363-DRH |
| vs. | )<br>) |
| KEN CHITTY, BARBARA McGEE, GERALD SCHUETZENHOFER, PATRICIA SCHUETZENHOFER, and DONNA CHITTY, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

**KEENAN G. CASADY, CLERK**

February 12, 2009     By: s/Robin Butler
                                            Deputy Clerk

APPROVED: /s/ David R Herndon
**CHIEF JUDGE**
**U.S. DISTRICT COURT**